# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NALAYNA ROSE BULLINSIGHT, <br><br> Defendant. | Case No. CR-11-100-BLG-BMM <br><br> **ORDER ALLOWING DEFENDANT TO APPEAR VIA VIDEO** |

Defendant **Nalayna Rose Bullinsight,** having filed a Motion to Allow Defendant to appear via video, and good cause appearing therefore;

Wherefore, IT IS HEREBY ORDERED that Defendant and her attorney, Steven C. Babcock, be allowed to appear via video in Billings, Montana, for her hearing on motion for early termination set for May 1, 2019, at 1:30 p.m.

DATED this 29th day of April, 2019.

_____
Brian Morris
United States District Court Judge