# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-100-BLG-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| NALAYNA ROSE BULLINSIGHT, | |
| Defendant. | |

Nalayna Bullinsight has moved for early termination of her current term of supervised release. (Doc. 62.) The Government does not oppose the motion. *Id.* at 1. Bullinsight's probation officer does not oppose the motion. *Id.* at 1-2. The Court conducted a hearing on the motion on April 30, 2019. For the reasons below, the Court will grant Bullinsight's motion.

Bullinsight pleaded guilty to Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. § 846. The Court sentenced Bullinsight to 72 months imprisonment followed by 5 years of supervised release. The Court reduced the sentence to a term of 58 months imprisonment followed by five years of supervised release on December 2, 2015. Bullinsight's supervised release commenced on May 30, 2016.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of

justice." 18 U.S.C. § 3564(c) The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The record reflects that Bullinsight has maintained high compliance with her supervision. Bullinsight has demonstrated she is able to conform her conduct to the law. Bullinsight has obtained steady employment and has changed her lifestyle to address the Court's obligations. Bullinsight does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 62) is **GRANTED**.

DATED this 22nd day of May, 2019.

Brian Morris
United States District Court Judge